**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **ISHMAEL K. WHITAKER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | **NO. 4:26-cv-00935-CDL-ALS** |
| | : | |
| **Judge BOBBY PETERS, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER OF DISMISSAL**

Plaintiff Ishmael K. Whitaker, an inmate in Augusta State Medical Prison in Grovetown, Georgia, filed a pleading on the form for a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Because it was not clear whether Plaintiff actually intended to file a 42 U.S.C § 1983 action or a habeas corpus petition, he was ordered to clarify which type of case he intended to file before this case could proceed. ECF No. 3. Plaintiff was also ordered to either pay the appropriate filing fee or move for leave to proceed *in forma pauperis*. *Id.* Plaintiff was given fourteen days to take the identified steps and was cautioned that his failure to do so may result in the dismissal of this action. *Id.*

More than fourteen days passed after that order was entered, during which Plaintiff did not file a recast pleading, pay the filing fee, move to proceed *in forma pauperis*, or otherwise respond to the Court's order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the

order to recast his pleading and pay the filing fee or seek leave to proceed *in forma pauperis*. ECF No. 4.

Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.* More than fourteen days have passed since the order to show cause was entered, and Plaintiff has not responded to that order. Therefore, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 16th day of September, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA